PATRICK H. HICKS, ESQ., Bar # 4632
AMY L. THOMPSON, ESQ., Bar # 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Emails: phicks@littler.com
athompson@littler.com

Attorneys for Plaintiff
AHERN RENTALS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AHERN RENTALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEITH WADE, an individual; JESSIE WADE, an individual; EQUIPMENTSHARE.COM, INC.; DOES I-X, inclusive; and ROES I-X, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-00094-JAD-VCF <br><br> **STIPULATION AND ORDER FOR PRELIMINARY INJUNCTION** <br><br> ECF Nos. 10, 15 |

      Plaintiff, Ahern Rentals, Inc. ("Ahern"), and Defendants Keith Wade, Jessie Wade, and EquipmentShare.com, Inc. ("EquipmentShare"), by and through their undersigned counsel, and without admission, waiver, or acknowledgment of any claim, defense, or allegation by any party, and solely for the purpose of maintaining the status quo by mutual agreement of the parties, enter into the following stipulated preliminary injunction:

      1.    Keith Wade and Jessie Wade shall abide by the non-solicitation and confidentiality obligations of their Employment Agreements with Ahern until a final adjudication on the merits;

2. EquipmentShare shall not direct or encourage the Wades to solicit Ahern employees and shall not direct or encourage the Wades to utilize any confidential or proprietary information of Ahern for the benefit of EquipmentShare, or to provide any such confidential information to EquipmentShare, to the extent the Wades are in possession of, or have access to, such confidential information, with such injunctive relief set forth in this paragraph lasting until a final adjudication on the merits;

3. Keith Wade and Jessie Wade shall turn over to Ahern, and cease any use of, Ahern's confidential information, to the extent they are in possession of, or have access to, such confidential information and, to the extent Keith Wade or Jessie Wade have provided any such confidential information to EquipmentShare, EquipmentShare shall turn over to Ahern, and cease use of, that information.

4. Defendants shall preserve any and all paper and electronic data or information having any relevance or potential relevance to the allegations in or potential defenses to the allegations in the Complaint; and

///

///

///

///

///

2.

5. Ahern will not be required to post any security or bond for the injunction.

Dated: January 31, 2020

Respectfully submitted,

*/s/ Mitchell J. Langberg*
MITCHELL J. LANGBERG, ESQ.
BROWNSTEIN HYATT FARBER SCHRECK

MICHAEL E. BREWER, ESQ. (*pro hac vice*)
BAKER & MCKENZIE LLP

Attorneys for Defendant
EQUIPMENTSHARE.COM INC.

Dated: January 31, 2020

Respectfully submitted,

*/s/ Amy L. Thompson*
PATRICK H. HICKS, ESQ, ESQ.
AMY L. THOMPSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Plaintiff
AHERN RENTALS, INC.

Dated: January 31, 2020

Respectfully submitted,

*/s/ Aviva Y. Gordon*
AVIVA Y. GORDON, ESQ.
GORDON LAW

Attorney for Defendants
KEITH and JESSIE WADE

## ORDER

Based on the parties' stipulation **[ECF No. 15]** and good cause appearing, IT IS SO ORDERED. The Emergency Motion for Preliminary Injunction **[ECF No. 10]** is DENIED as moot, and the 2/6/2020 hearing on that motion [ECF No. 11] is VACATED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 3, 2020

3.