# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AHERN RENTALS, INC., | Case No.: 2:20-cv-00094-JAD-VCF |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 23) |
| KEITH WADE, et al., | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to reschedule the early neutral evaluation in this case on March 11, 2020. Docket No. 23. The Court **GRANTS** that request and **CONTINUES** the settlement conference to 9:30 a.m. on May 4, 2020. Settlement statements shall be submitted by 3:00 p.m. on April 27, 2020. All other requirements in the order at Docket No. 20 continue to govern.

IT IS SO ORDERED.

Dated: February 27, 2020

                                                                     Nancy J. Koppe
                                                                    United States Magistrate Judge