**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AHERN RENTALS, INC., | Case No.: 2:20-cv-00094-JAD-VCF |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 50) |
| KEITH WADE, et al., | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to continue early neutral evaluation in this case on June 30, 2020. Docket No. 50. The Court **GRANTS** the request and **VACATES** the early neutral evaluation on June 30, 2020. If the order resolving the motion to dismiss at Docket No. 31 does not result in dismissal of this case, the parties must file a stipulation to reset the early neutral evaluation within seven days of the issuance of that order. The stipulation must contain five dates on which all parties are available to attend the early neutral evaluation.

IT IS SO ORDERED.

Dated: June 2, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1